Sycamore Maple Family Ltd. Partnership v Jerge

2026 NY Slip Op 02569

April 24, 2026

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

SYCAMORE MAPLE FAMILY LIMITED PARTNERSHIP, PLAINTIFF-APPELLANT-RESPONDENT,

v

JAMES F. JERGE, JR., DEFENDANT-RESPONDENT-APPELLANT.

Supreme Court of the State of New York, Appellate Division, Fourth Judicial Department

Decided on April 24, 2026

350 CA 25-00898

Present: Whalen, P.J., Curran, Ogden, Nowak, And Delconte, JJ.

HOOVER & DURLAND LLP, BUFFALO (SPENCER L. DURLAND OF COUNSEL), FOR PLAINTIFF-APPELLANT-RESPONDENT.

THE KNOER GROUP, PLLC, BUFFALO (COLIN M. KNOER OF COUNSEL), FOR DEFENDANT-RESPONDENT-APPELLANT.

Appeal and cross-appeal from an order of the Supreme Court, Erie County (Deborah A. Chimes, J.), entered April 15, 2025. The order granted in part and denied in part plaintiff's motion for partial summary judgment and defendant's cross-motion for summary judgment.

[*1]

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on April 2, 2026,

It is hereby ORDERED that said appeal and cross-appeal are unanimously dismissed without costs upon stipulation.

Entered: April 24, 2026

Ann Dillon Flynn

Clerk of the Court